## CINCINNATI (city) v SCHILL

Ohio Supreme Court

No 23016. Decided March 23, 1932

Marshall, CJ, Matthias, Day and Kinkade, JJ, concur. Jones, J, concurs in proposition 3 of the syllabus and in the judgment. Allen, J, concurs in the judgment.

Full opinion will be published later. Watch **Omnibus Index.**